# Court of Appeals
# of the State of Georgia

ATLANTA,____March 14, 2013____

*The Court of Appeals hereby passes the following order:*

**A13I0156.  SADEO GEORGE v. THE STATE.**

On December 26, 2012, Sadeo George filed an application for interlocutory appeal in the Supreme Court, seeking immediate review of two superior court orders entered in October 2012 in his criminal case.  The Supreme Court transferred the application here upon finding that it lacked jurisdiction over the subject matter.  Because George did not obtain a timely certificate of immediate review from the trial court, we likewise lack jurisdiction to consider his application.

A party may request interlocutory review only if the trial court certifies within ten days of entry of the order at issue that immediate review should be had. OCGA § 5-6-34 (b).  Although George has submitted a document titled "Certificate of Immediate Review For Interlocutory Appeal," the document was neither signed by nor filed in the trial court.  Moreover, it is dated more than two months after entry of the orders George wishes to appeal.  Accordingly, the "Certificate of Immediate Review" is not valid, and we are without jurisdiction to consider this application, which is hereby DISMISSED.  See *Turner v. Harper*, 231 Ga. 175, 176 (200 SE2d 748) (1973).



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 03/14/2013
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*